# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLEN HIRATSUKA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EARL HOUSER,<br><br>　　　　　　Defendant. | Case No. 3:21-cv-00018-SLG-MMS |

## ORDER RE FINAL REPORT AND RECOMMENDATION

Before the Court at Docket 1 is Petitioner Allen Hiratsuka's *Motion for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241*. The motion was referred to the Honorable Magistrate Judge Matthew M. Scoble. Judge Scoble ordered Mr. Hiratsuka to file an amended petition or to file a notice that none would be filed.[1] Mr. Hiratsuka did not file an amended petition and did not file a notice. Judge Scoble ordered the State of Alaska ("State") to respond to Mr. Hiratsuka's petition and the State filed a response at Docket 34. Mr. Hiratsuka filed a reply to the State's response at Docket 37. An evidentiary hearing on the motion was held before Judge Scoble on August 25, 2021.[2] At Docket 58, Judge Scoble issued his Report and Recommendation, in which he recommended that the motion be denied without prejudice. 28 U.S.C. § 636(b)(1)(B). No objections to the Report and Recommendation were filed.

---

[1] Docket 11.

[2] Docket 44.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[3] A court is to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made."[4] But as to those topics on which no objections are filed, "[n]either the Constitution nor [28U.S.C. § 636(b)(1)] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct."[5]

The magistrate judge recommended that the Court deny the *Motion for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241*. The Court has reviewed the Report and Recommendation and agrees with its analysis. Accordingly, the Court adopts the Report and Recommendation, and IT IS ORDERED that the *Motion for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241* is DENIED without prejudice. 28 U.S.C. § 636(b)(1)(B).

DATED this 4th day of February, 2022, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[3] 28 U.S.C. § 636(b)(1).

[4] *Id.*

[5] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Case No. 3:21-cv-00018-SLG-MMS, *Hiratsuka v. Houser*
Order re Final Report and Recommendation
Page 2 of 2
Case 3:21-cv-00018-SLG-MMS   Document 63   Filed 02/04/22   Page 2 of 2